JS - 6

**FILED: 3/7/12**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| *Carlos Duran*, | ) | **CASE NO. CV 11-10723-GHK (Ex)** |
| | ) | |
| **Plaintiff,** | ) | **JUDGMENT** |
| | ) | |
| **v.** | ) | |
| | ) | |
| *Shout! Factory, LLC*, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pursuant to the Court's March 7, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Carlos Duran's ("Plaintiff") claim against Defendant Shout! Factory, LLC is **DISMISSED with prejudice**.  Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: March 7, 2012

_____
GEORGE H. KING
United States District Judge